```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/17/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,  :
:
-against-  :
:
CHRISTOPHER PEEPLES, KHALIL BEY-  :    23-CR-141 (VEC)
MUHAMMAD, GERALD LEE, MALCOLM  :
REASONOVER, DEMETRIUS TORRY,  :    ORDER
GILBERT HUERTAS, ANAYDA HUERTAS,  :
:
Defendants.  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 16, 2023, the Indictment in this matter was unsealed; and

WHEREAS the Court has referred the presentments of each Defendant to Magistrate Judge Court.

IT IS HEREBY ORDERED that the initial status conference in this matter will be held on **Friday, March 24, 2023, at 10:30 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

**Date: March 17, 2023**                                        _____
**New York, New York**                                           **VALERIE CAPRONI**
                                                                  **United States District Judge**