USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/07/2023

Spears & Imes LLP
767 Third Avenue
New York, NY 10017

Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

April 7, 2023



MEMO ENDORSED

Re: *United States v. Christopher Peeples, et al.*, 23 Cr. 141 (VEC)

Dear Judge Caproni:

I respectfully write to request an extension of one week, until April 14, 2023, for defendant Gilbert Huertas to satisfy the final condition of his pretrial release bond. The outstanding condition is that two financially responsible co-signers sign the bond. I was informed yesterday afternoon that the Government has interviewed and approved Mr. Huertas's two proposed co-signers, and that the only item that remains is for them to sign and swear out the bond. The purpose of this request is to coordinate the logistics of this step with the two co-signers. The Government consents to this request.

I thank the Court for its consideration of this request.

Respectfully submitted

/s/*Max Nicholas*
Max Nicholas
Spears & Imes LLP

Application GRANTED.

SO ORDERED.

*[signature]*
04/07/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE