**SPEARS & IMES** LLP

767 Third Avenue  
New York, NY 10017  
tel  212 213-6996  
fax 212 213-0849

Max Nicholas  
tel 212 213 1715  
mnicholas@spearsimes.com

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 06/15/2023

**MEMO ENDORSED**

June 14, 2023

**BY ECF**

Hon. Valerie E. Caproni  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, NY 10007

Re: *United States v. Peeples et al.*, 23 Cr. 141 (VEC)

Dear Judge Caproni:

      The defendants in the above-captioned case respectfully write to request that the pretrial conference currently scheduled for June 26, 2023 be adjourned for approximately 30 days. The reason for this request is that the Government recently uncovered a technical issue that has delayed the production of some of the discovery materials to defense counsel. Defense counsel would like to have the opportunity to review these additional discovery materials before the conference takes place.

      The Government consents to this request for an adjournment. As is the case for the currently-scheduled June 23 conference, the defendants also request that those of the defendants who live outside of New York State be excused from appearing in-person at the conference.

Respectfully submitted,

____/s/_____

SPEARS & IMES LLP  
Max Nicholas  
212-213-1715  
mnicholas@spearsimes.com

cc: All counsel of record via ECF

Application GRANTED.  The status conference in this matter, which is currently scheduled for June 26, 2023, *see* Dkt. 37, is ADJOURNED to **Friday, July 21, 2023, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  No Defendant residing outside of New York State is required to attend in person pursuant to the Court's Order at Dkt. 37.

Time is hereby excluded until July 21, 2023, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), as the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial given the need to provide defense counsel with adequate time to review the voluminous discovery in this matter.

SO ORDERED.

06/15/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE