USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/30/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

UNITED STATES OF AMERICA,

    -against-

CHRISTOPHER PEEPLES, KHALIL BEY-MUHAMMAD, GERALD LEE, MALCOLM REASONOVER, DEMETRIUS TORRY, GILBERT HUERTAS, ANAYDA HUERTAS,

    Defendants.

-------------------------------------------------------------- X

23-CR-141 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS a status conference in this matter is scheduled for **Friday, September 15, 2023, at 10:00 A.M.**; and

WHEREAS this time is no longer convenient for the Court.

IT IS HEREBY ORDERED that the initial status conference in this matter will be held on **Friday, September 15, 2023, at 10:15 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

**Date: August 30, 2023**
**New York, New York**

                                              **VALERIE CAPRONI**
                                              **United States District Judge**