USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/08/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
UNITED STATES OF AMERICA,

-against-

CHRISTOPHER PEEPLES, KHALIL BEY-MUHAMMAD, GERALD LEE, MALCOLM REASONOVER, DEMETRIUS TORRY, GILBERT HUERTAS, and ANAYDA HUERTAS,

Defendants.
-------------------------------------------------------------- X

23-CR-141 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 8, 2023, the parties appeared before the Undersigned for a status conference;

IT IS HEREBY ORDERED that expert disclosures by the Government and the Defendants as required under Fed. Rule Crim. P. 16(a)(1)(G) are due not later than **Friday, January 26, 2024**.

IT IS FURTHER ORDERED that any pre-trial motions are due not later than **Friday, January 26, 2024**, with responses due on **Friday, February 23, 2024**, and replies due on **Friday, March 8, 2024**. Defendants are reminded to consolidate any pre-trial motions to the extent possible.

Not later than **Friday, December 15, 2023**, the parties must meet and confer and file a letter to the Court identifying four possible trial dates for 2024 and two agreed-upon groups of Defendants for separate trials. Although the Court had initially proposed the first trial to begin at the end of May, the Court will entertain proposed trial dates that are as early as late March 2024.

IT IS FURTHER ORDERED that time is hereby excluded until **June 1, 2024,** under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), as the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial given difficulties scheduling trial dates in this multi-defendant case.

**SO ORDERED.**

Date: **December 8, 2023**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**