USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/28/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,                              :
                                                       :
                       -against-                       :
                                                       :
CHRISTOPHER PEEPLES, KHALIL BEY-                       :       23-CR-141 (VEC)
MUHAMMAD, GERALD LEE, MALCOLM                          :
REASONOVER, DEMETRIUS TORRY,                           :       ORDER
GILBERT HUERTAS, and ANAYDA HUERTAS,                   :
                                                       :
                               Defendants.             :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 15, 2023, the parties filed a joint letter identifying possible trial dates for 2024 and two agreed-upon groups of Defendants for separate trials, *see* Letter, Dkt. 75;

IT IS HEREBY ORDERED that Defendants Christopher Peeples, Gerald Lee, Malcolm Reasonover, and Demetrius Torry will form one trial group ("Trial Group 1"); and Defendants Khalil Bey-Muhammad, Gilbert Huertas, and Anayda Huertas will form a separate trial group ("Trial Group 2").

IT IS FURTHER ORDERED that the tentative trial date for Group 1 is **Monday, May 13, 2024**. Motions *in limine* are due not later than **Friday, March 15, 2024**, with responses due **Friday, March 29, 2024**. Proposed *voir dire* questions and requests to charge are due not later than **Friday, April 26, 2024**. The Final Pre-Trial Conference will take place on **Thursday, May 9, 2024, at 2:30 P.M.** in Courtroom **443** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

IT IS FURTHER ORDERED that, not later than **Friday, April 19, 2024**, counsel for Christopher Peeples must notify the Court whether he still has a trial scheduled in the Eastern

District of New York beginning on May 13, 2024. If so, the Court will adjourn the trial date for Group 1 until Monday, June 24, 2024.

IT IS FURTHER ORDERED that the trial date for Group 2 is **Monday, September 30, 2024**. Motions *in limine* are due not later than **Friday, March 15, 2024**, with responses due **Friday, March 29, 2024**. Proposed *voir dire* questions and requests to charge are due not later than **Friday, August 23, 2024**. The Final Pre-Trial Conference will take place on **Thursday, September 26, 2024, at 2:30 P.M.** in Courtroom **443** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

Date:  December 28, 2023
       New York, New York

_____
VALERIE CAPRONI
United States District Judge