



40 Exchange Place, 18th Floor
New York, New York 10005
646-741-0229

maxnicholasllc.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/21/2024

**MEMO ENDORSED**

February 21, 2024

Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

<u>United States v. Christopher Peeples, et al., 23 Cr. 141 (VEC)</u>

Dear Judge Caproni:

     I respectfully write on behalf of the defendants who are members of Trial Group 2 in this case – Khalil Bey-Muhammad, Gilbert Huertas, and Anayda Huertas – to request that the deadline for motions *in limine* to be filed, which is currently March 15, 2024, be extended to any date in July 2024. The trial date for Group 2 is set for September 30, 2024.

     An adjournment of the motions *in limine* deadline until closer to trial would provide more time for the defendants, and the Government, to review the potential trial evidence, evaluate evidentiary issues that are likely to arise at trial, and determine which issues merit briefing before the Court. The evidentiary issues that are likely to arise at trial may crystallize as the parties get further along in their trial preparation, with the result that the motions *in limine* practice will be more efficient. The requested adjournment would also provide more time for the parties to engage in discussions of potential pre-trial dispositions before focusing on trial preparation.



We have conferred with the Government about this request, and the Government consents.

Thank you for considering this request.

> To the extent that the Defendants in Group 2 seek to make motions *in limine* concerning evidentiary issues common to the Defendants in Group 1, they should strive to file joint motions *in limine* with the Group 1 Defendants by March 15, 2024.  The deadline for Group 2's supplemental motions *in limine* is **May 17, 2024**, with responses due **May 31, 2024**.
>
> SO ORDERED.
>
> *[signature]*                                        02/21/2024
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE

Respectfully submitted,

/s/ *Max Nicholas*
_____
Max Nicholas LLC
40 Exchange Place
Suite 1800
New York, NY 10005
646-741-0229
max@maxnicholasllc.com

Counsel for Gilbert Huertas