USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/30/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,

-against-

CHRISTOPHER PEEPLES, GERALD LEE, MALCOLM REASONOVER, and DEMETRIUS TORRY

Defendants.
-------------------------------------------------------------- X

23-CR-141 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 29, 2024, Mr. Peeples requested that the Court schedule a change-of-plea hearing.

IT IS HEREBY ORDERED that a change-of-plea hearing for Mr. Peeples will take place on **Wednesday, May 15, 2024, at 3:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

IT IS FURTHER ORDERED that, in light of the fact that all Group 1 Defendants are scheduled for change-of-plea hearings, the trial scheduled for May 13, 2024, and all Group 1 pretrial deadlines are ADJOURNED *sine die*.

IT IS FURTHER ORDERED that time is hereby excluded until **September 30, 2024,** under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), as the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial given difficulties scheduling trial dates in this multi-defendant case.

**SO ORDERED.**

**Date: April 30, 2024**
**New York, New York**

VALERIE CAPRONI
**United States District Judge**