```
                                                    ┌─────────────────────────────┐
                                                    │ USDC SDNY                   │
                                                    │ DOCUMENT                    │
UNITED STATES DISTRICT COURT                        │ ELECTRONICALLY FILED        │
SOUTHERN DISTRICT OF NEW YORK                       │ DOC #:_____                │
                                                    │ DATE FILED: 05/15/2024      │
                                                    └─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

UNITED STATES OF AMERICA,                    :
                                             :
                    -against-                :          23-CR-141 (VEC)
                                             :
CHRISTOPHER PEEPLES,                         :             ORDER
                              Defendant.     :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 3, 2024, Mr. Peeples appeared before the Court for a change-of-plea hearing, at which the Defendant entered a plea of guilty to Count 1 of the Indictment, and the guilty plea was accepted by the Court.

IT IS HEREBY ORDERED that Mr. Peeples will be sentenced on **Thursday, October 3, 2024, at 2:30 P.M..** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.  The pre-sentencing submissions for Mr. Peeples are due on **September 19, 2024**.

**SO ORDERED.**

**Date:   May 15, 2024**
**         New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**